UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WEYERHAEUSER NR COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT BOSCH TOOL CORPORATION,<br><br>　　　　　Defendant. | 2:11-CV-1793 JCM (VPC) |

**ORDER**

Presently before the court is plaintiff Weyerhaeuser NR Company's ("Weyerhaeuser") motion for an expedited briefing schedule on its motion for a preliminary injunction. (Doc. #6) Defendant Robert Bosch Tool Corporation ("Bosch") has not filed a response.

Weyerhaeuser requests that this court set an expedited briefing schedule so that the preliminary injunction may be decided prior to the Christmas holiday shopping rush. Unfortunately for Weyerhaeuser, the shopping rush it seeks to preempt is well underway, with only a few more weeks before the Christmas holiday. Further, and more importantly, Weyerhaeuser filed its complaint in early November.

Thus, had it wished to do so, it could have filed its motion for preliminary injunction well in advance of the holidays and enabled the court to rule on the motion with sufficient time to spare. Moreover, Weyerhaeuser's proposed briefing schedule will result in this court issuing its ruling (at the earliest) a mere seven days before Christmas Eve.

**James C. Mahan**
**U.S. District Judge**

1  Though the court is sympathetic to Weyerhaeuser's predicament, and the possibility that the current scheduling will enable Bosch to sell allegedly infringing products during the holiday season, the court is constrained to deny the motion. Weyerhaeuser had the ability to file its motion sooner, but chose to wait until the eleventh hour to do so.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Weyerhaeuser HR Company's motion for an expedited briefing schedule (doc. #6) be, and the same hereby is, DENIED.

DATED December 8, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -