# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WEYERHAEUSER NR COMPANY, | ) |
| Plaintiff, | ) |
| | ) 2:11-cv-01793-JCM-VCF |
| v. | ) |
| | ) **O R D E R** |
| ROBERT BOSCH TOOL, CORPORATION, | ) |
| Defendant. | ) |

This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). The undersigned had represented Robert Bosch LLC in several of the cases referenced in the footnote on page 6 of Plaintiff's Opposition to Defendant's Motion to Transfer Venue or, in the Alternative, Cross-Motion to Transfer Venue (dkt. 29). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

IT IS SO ORDERED.

DATED this 26th day of January, 2012.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**